THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Charles Hartley,       
Appellant,
 
 
 

Appeal From Aiken County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-552
Submitted July 15, 2003  Filed September 
 25, 2003  

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, all of Columbia;  and Solicitor Barbara R. Morgan, 
 of Aiken, for Respondent.
 
 
 

PER CURIAM:  Charles Hartley appeals his 
 convictions for committing or attempting a lewd act upon a minor under the age 
 of sixteen years old and first-degree criminal sexual conduct with a minor.  
 Hartley argues the trial judge erred in admitting the victims clothes into 
 evidence because the State failed to establish a complete chain of custody.  
 Hartleys counsel attached to the brief a petition to be relieved as counsel, 
 stating that she had reviewed the record and concluded this appeal lacks merit.  
 After a thorough review of the record and counsels brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss [1] Hartleys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.